**Opinion issued August 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00219-CV

_____

**TARIQ ALABBASSI, Appellant**

**V.**

**SOTO CLEAN UP SERVICES, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-23784-A**

---

## MEMORANDUM OPINION

Appellant, Tariq Alabbassi, filed a notice of appeal from the trial court's January 31, 2024 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a);

Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On April 10, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by May 10, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On May 8, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by June 7, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.